*ton D. Baker,* and *Harold W. Fraser* for respondent.

No. 501. KOEHRMAN *v.* LIGHT, SHERIFF. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioner. *Messrs. Raymond T. Jackson, Newton D. Baker,* and *Harold W. Fraser* for respondent.

No. 502. STRANAHAN *v.* LIGHT, SHERIFF. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioner. *Messrs. Raymond T. Jackson, Newton D. Baker,* and *Harold W. Fraser* for respondent.

No. 511. PURITAN PHARMACEUTICAL Co. *v.* ANSEHL. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Howard G. Cook* and *Gus O. Nations* for petitioners. *Mr. Ralph Kalish* for respondent.

No. 468. COTTER ET AL. *v.* UNITED STATES. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Richard L. Merrick* for petitioners. *Solicitor General Thacher,* and *Messrs. Neil Burkinshaw, Paul D. Miller,* and *W. Marvin Smith* for the United States.